Harry Rosenfield and David H. Robinson, Copartners, etc., Appellants, v. Charles Josephson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sarah Sheehan, Appellant, v. Charles F. Kalle, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John K. Duryee v. Rees & Rees.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles Alessi and Others v. Providina Bottini.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alwin Eisert v. Abner T. Brown, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isaac Levitsky v. Samuel Brown.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ferdinand Dobek v. Austro-Americana Steamship Company, Limited.— Motion to dismiss appeal denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Max D. Blum v. Scottish Union and National Insurance Company of Edinburgh.— Motion to dismiss appeal denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George H. D. Foster v. John C. Wait.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James C. Bushby v. Lancelot M. Berkeley. (2 cases.)— In each case motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Mauser Manufacturing Company v. Lawson Purdy and Others, etc.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Arturo Consiglio.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Margaret Hinchey.—Motion to dismiss appeal granted. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.